UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA LEIGH SMITH,<br><br>                      Plaintiff,<br><br>v.<br><br>SAN DIEGO STATE UNIVERSITY, *et al.,*<br><br>                      Defendants. | Civil No.   04-CV-0013-BEN (CAB)<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR LOCAL REVIEW OF TRANSCRIPT** |

On January 12, 2007, the Court held a telephonic discovery conference. Plaintiff Marva Leigh Smith, *pro se*, appeared on her own behalf. Robert Conti, Esq., appeared for defendants. The matter before the Court was the procedure for review of Ms. Smith's deposition transcripts. The court reporter who prepared the transcripts is located in Irvine, California. Ms. Smith requested to be allowed to review her transcript in San Diego. Plaintiff is relieved from her obligation to go to the court reporter's office to review the transcripts and may obtain a certified copy of the transcripts, at her own expense, for review and signature under penalty of perjury. No later than **January 27, 2007**, Ms. Smith shall notify counsel for the defendants and the court reporter of any changes and that the transcripts have been signed.

**IT IS SO ORDERED.**

DATED: January 12, 2007

                                                   **CATHY ANN BENCIVENGO**
                                                   United States Magistrate Judge