UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA LEIGH SMITH,<br><br>                              Plaintiff,<br><br>    v.<br><br>SAN DIEGO STATE UNIVERSITY, *et al.*,<br><br>                            Defendants. | Civil No.   04-CV-0013-BEN (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE DEADLINE FOR REVIEW OF DEPOSITION TRANSCRIPT** |

      Plaintiff Marva Leigh Smith, proceeding *pro se*, requested a one-week extension of the January 27, 2007 deadline for the review of her deposition transcript. Plaintiff represented that she has limited means of traveling to the court reporter's office in Irvine, California.

      Plaintiff's request is granted. No later than **February 2, 2007**, Ms. Smith shall notify counsel for the defendants and the court reporter of any changes and that the transcripts have been signed. This extension is given for Plaintiff's convenience only and is not grounds for extending any other dates in the case.

      **IT IS SO ORDERED.**

DATED: January 25, 2007

                                                                      **CATHY ANN BENCIVENGO**
                                                                       United States Magistrate Judge