UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA LEIGH SMITH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO STATE UNIVERSITY, *et al.,*<br><br>　　　　　　　　　　Defendants. | Civil No.　04-CV-0013-BEN (CAB)<br><br>**ORDER CONTINUING PRE-TRIAL MEET AND CONFER DEADLINE TO FEBRUARY 23, 2007** |

　　　　On November 8, 2006, this Court ordered that counsel meet together and take the action required by Local Rule 16.1(f)(4) on or before February 20, 2007. On February 16, 2007, Plaintiff Marva Lee Smith, proceeding *pro se*, informed the Court that she and the opposing counsel had not been able to agree on a date for the meeting other than February 23, 2007. Accordingly, the parties requested that the February 20, 2007 deadline be continued to February 23, 2007.

　　　　The parties' request is **GRANTED**. The parties shall have until and including **February 23, 2007**, to hold their meeting. All other pending dates in the November 8, 2006 Order remain the same.

　　　　**IT IS SO ORDERED.**

DATED: February 16, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge