# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Smith

                V.                      **JUDGMENT IN A CIVIL CASE**

San Diego Univ, et al

                      **CASE NUMBER:**   04cv13 BEN (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendants motion for summary judgment and denies Plaintiffs Motion to Appoint Counsel as moot...........................................................................................................................

| June 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                    S/J. Hathaway
                                                    (By) Deputy Clerk

                                                    ENTERED ON June 14, 2007